FILED

2006 OCT 17 AM 8:21

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR., an Individual, and TERRA HIESHETTER, and Individual,<br><br>Plaintiffs,<br><br>vs.<br><br>GARY O'BRIEN d.b.a. EL CAJON TELEVISION CENTER; EUGENE O'BRIEN d.b.a. EL CAJON TELEVISION CENTER; RUTH L. KNUDSEN; and Does 1 Through 10, Inclusive,<br><br>Defendants. | CASE NO. 06CV0749 JM (CAB)<br><br>ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1) |

On August 14, 2006, defendants filed the present motion to dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. The hearing date on the motion was set for September 15, 2006. On September 8, 2006, plaintiffs filed a first amended complaint and a non-opposition to the motion, in which they asked this court to deny defendants' motion as moot in light of the newly filed first amended complaint.

A plaintiff may file an amended complaint without leave of court before a responsive pleading is served. Fed. R. Civ. P. 15(a). Since no responsive pleading has yet been served in this action, the Federal Rules permit plaintiff to amend their

1  complaint as of right.  Therefore, defendants' August 14, 2006 motion to dismiss is
2  DENIED as moot.

**IT IS SO ORDERED.**

DATED: 10/16      , 2006

```
                                    JEFFREY T. MILLER
                                    United States District Judge
```

cc:   All parties

06CV0749 Mot Denying MTD as Moot.wpd